RECEIVED
IN LAKE CHARLES, LA

AUG 3 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID O. WILLIAMS | : | DOCKET NO. 05-cv-21 |
| | | SECTION P |
| VS. | : | JUDGE TRIMBLE |
| BO BARTEL, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint against Gerald Pittman, Officers Picate and Liz, and Wardens Miller and Tate be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that plaintiff's claims for civil rights violations against defendants Scot Nugent and Assistant U.S. Attorney Larry Regan be served in accordance with the court's orders.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 31st day of August, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE