

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAVID O. WILLIAMS** | : | **DOCKET NO. 2:05-cv-0021** |
| VS. | : | JUDGE TRIMBLE |
| BO BARTEL, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the defendants' motions [docs. 53 & 54] be GRANTED and that this civil rights action be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of July, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE